IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| LHF PRODUCTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 5:16-cv-00030 |
| v. ) | |
| ) | By: Elizabeth K. Dillon |
| DOES 1–10, ) | United States District Judge |
| ) | |
| Defendants. ) | |

**ORDER**

In accordance with the memorandum opinion entered this day, the motion to quash (Dkt. No. 9) filed by one of the Doe defendants (Julie Henegar) shall be, and it hereby is, DENIED.

The clerk is directed to mail a copy of this order and the accompanying memorandum opinion to Henegar.

Entered: August 2, 2016.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge